**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re:<br>LESLIE TOGBAH MORRIS<br>PINKY JANET MORRIS<br>Debtor(s) | Case No. A21-50270-PWB |

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

K. Edward Safir, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/12/2021.

2) The plan was confirmed on 06/09/2021.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/02/2026.

6) Number of months from filing to last payment: 62.

7) Number of months case was pending: 68.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $57,642.00.

10) Amount of unsecured claims discharged without payment: $188,166.63.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $76,943.00 |
| Less amount refunded to debtor | $1,431.00 |

**NET RECEIPTS:** **$75,512.00**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,803.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,224.90 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$10,027.90**

Attorney fees paid and disclosed by debtor: $11.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 1ST FRANKLIN FINANCIAL CORP | Unsecured | 2,705.00 | 243.36 | 243.36 | 9.80 | 0.00 |
| AFTERPAY US SERVICES | Unsecured | 322.00 | 339.05 | 339.05 | 13.58 | 0.00 |
| AMERICAN EXPRESS NATIONAL BAI | Unsecured | 10,263.00 | 10,188.74 | 10,188.74 | 409.59 | 0.00 |
| BANK OF AMERICA | Unsecured | 3,061.00 | 3,061.32 | 3,061.32 | 123.05 | 0.00 |
| BUREAUS INVESTMENT GROUP POR | Unsecured | 1,114.00 | 1,070.38 | 1,070.38 | 42.99 | 0.00 |
| BUREAUS INVESTMENT GROUP POR | Unsecured | 469.00 | 469.88 | 469.88 | 18.86 | 0.00 |
| BUREAUS INVESTMENT GROUP POR | Unsecured | NA | 1,114.73 | 1,114.73 | 44.86 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 6,911.00 | 7,140.12 | 7,140.12 | 7,140.12 | 624.81 |
| CAPITAL ONE BANK (USA) NA BY AI | Unsecured | NA | 11,030.97 | 11,030.97 | 443.52 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AI | Unsecured | 6,100.00 | 6,100.20 | 6,100.20 | 245.21 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AI | Unsecured | 9,988.00 | 10,532.46 | 10,532.46 | 423.42 | 0.00 |
| CAVALRY SPV I, LLC | Unsecured | 1,280.00 | 1,280.49 | 1,280.49 | 51.52 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 6,600.00 | 12,274.39 | 12,274.39 | 12,274.39 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 332.72 | 332.72 | 13.33 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 421.00 | 485.44 | 485.44 | 19.49 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 7,284.00 | 7,284.30 | 7,284.30 | 292.83 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | 6,674.00 | 6,674.79 | 6,674.79 | 268.33 | 0.00 |
| LVNV FUNDING, LLC | Unsecured | NA | 502.61 | 502.61 | 20.23 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, I | Unsecured | 4,020.00 | 4,020.17 | 4,020.17 | 161.63 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, I | Unsecured | 5,191.00 | 5,191.38 | 5,191.38 | 208.75 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, I | Unsecured | 1,969.00 | 754.61 | 754.61 | 30.30 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, I | Unsecured | 4,164.00 | 4,164.63 | 4,164.63 | 167.41 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, I | Unsecured | 1,683.00 | 1,683.77 | 1,683.77 | 67.74 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, I | Unsecured | 5,076.00 | 5,076.33 | 5,076.33 | 204.10 | 0.00 |
| NORDSTROM, INC. | Unsecured | 3,121.00 | 3,121.38 | 3,121.38 | 125.54 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 3,833.00 | 3,933.04 | 3,933.04 | 158.10 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 0.00 | 1,915.05 | 1,915.05 | 77.03 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 2,051.34 | 2,051.34 | 82.45 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 2,433.21 | 2,433.21 | 97.78 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 9,988.93 | 9,988.93 | 401.55 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 6,604.00 | 6,604.68 | 6,604.68 | 265.55 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT, I | Unsecured | 4,282.00 | 4,282.52 | 4,282.52 | 172.18 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 21,161.00 | 21,161.86 | 21,161.86 | 850.83 | 0.00 |
| REPUBLIC FINANCE LLC | Unsecured | 3,375.00 | 3,956.48 | 3,956.48 | 159.10 | 0.00 |
| Topline Federal Crd Un | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Wholesale Mortgage | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Northside Hospital Gwinnett | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Pnc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery | Unsecured | 2,472.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery | Unsecured | 1,915.00 | NA | NA | 0.00 | 0.00 |
| Prmy Cap Ad | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/Express | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Reprotech | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Dealer Services | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Westgate Resorts, LTD | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 469.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| Cardiovascular Group | Unsecured | 1,624.00 | NA | NA | 0.00 | 0.00 |
| Chase Auto Finance | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Citibank North America | Unsecured | 1,276.00 | NA | NA | 0.00 | 0.00 |
| Coon Rapids Allina Urgent | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| Fidelity Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Financial Management Corp | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| First PREMIER Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Flagstar Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Gs Bank Usa | Unsecured | 6,224.00 | NA | NA | 0.00 | 0.00 |
| Gwinnett Medical Group | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Klarna Inc | Unsecured | 379.00 | NA | NA | 0.00 | 0.00 |
| PHILADELPHIA DEPARTMENT OF RE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| amazon | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Affirm, Inc. | Unsecured | 3,250.00 | NA | NA | 0.00 | 0.00 |
| GADOR | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| STATE OF MINNESOTA, DEPARTMEN | Unsecured | 355.76 | 355.76 | 355.76 | 14.32 | 0.00 |
| THE CREDIT UNION LOAN SOURCE I | Unsecured | 44,353.00 | 15,343.95 | 15,343.95 | 616.94 | 0.00 |
| THE GROVE AT HAMILTON MILL | Secured | 950.00 | 950.00 | 950.00 | 950.00 | 0.00 |
| THE GROVE AT HAMILTON MILL HO | Secured | NA | 1,550.42 | 1,550.42 | 0.00 | 0.00 |
| UNITED STATES DEPARTMENT OF ED | Unsecured | 0.00 | 24,747.83 | 24,747.83 | 995.00 | 0.00 |
| UNITED STATES DEPARTMENT OF ED | Unsecured | 187,679.00 | 187,679.56 | 187,679.56 | 7,545.52 | 0.00 |
| UNITED STATES DEPARTMENT OF ED | Unsecured | 7,885.00 | 7,885.51 | 7,885.51 | 317.08 | 0.00 |
| VELOCITY INVESTMENTS, LLC | Unsecured | 16,857.00 | 16,857.79 | 16,857.79 | 677.78 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIE | Secured | 4,353.00 | 4,352.33 | 4,352.33 | 4,352.33 | 0.00 |
| WINGS FINANCIAL CREDIT UNION | Secured | 22,913.00 | 22,403.52 | 22,403.52 | 22,403.52 | 1,901.64 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $4,352.33 | $4,352.33 | $0.00 |
| Debt Secured by Vehicle | $29,543.64 | $29,543.64 | $2,526.45 |
| All Other Secured | $2,500.42 | $950.00 | $0.00 |
| **TOTAL SECURED:** | **$36,396.39** | **$34,845.97** | **$2,526.45** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $12,274.39 | $12,274.39 | $0.00 |
| **TOTAL PRIORITY**: | **$12,274.39** | **$12,274.39** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$393,921.22** | **$15,837.29** | **$0.00** |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $10,027.90 | |
| Disbursements to Creditors | $65,484.10 | |
| **TOTAL DISBURSEMENTS** : | | **$75,512.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/15/2026 By: /s/ K. Edward Safir

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case , therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| LESLIE TOGBAH MORRIS | ) | |
| PINKY JANET MORRIS | ) | CASE NO. A21-50270-PWB |
| | ) | |
| DEBTORS | ) | |

**CERTIFICATE OF SERVICE**

This is to Certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

LESLIE TOGBAH MORRIS
3167 TRINITY GROVE DRIVE
DACULA, GA 30019

PINKY JANET MORRIS
3167 TRINITY GROVE DRIVE
DACULA, GA 30019

I further certify that I have on this day electronically filed the pleading using the Bankruptcy Court's Electronic Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

BURROW & ASSOCIATES, LLC

DATED: 09/15/2026

/S/

K. Edward Safir, Chapter 13 Trustee
State Bar No. 622149
285 Peachtree Center Ave
Suite 1600
Atlanta, GA 30303-1229
(404) 525-1110
eds@atlch13tt.com